**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA KEITH, an individual,<br><br>Plaintiff,<br>v.<br><br>LASERAWAY HOLDINGS LLC, a California limited liability company; LASERAWAY MEDICAL GROUP, INC., a California corporation; and DOES 1 to 50,<br><br>Defendants. | Case No.: 3:24-cv-02380-TLT<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having considered the parties' stipulation, and upon good cause shown, the Court hereby ORDERS as follows:

(1) The initial case management conference presently on calendar for August 8, 2024 is hereby CONTINUED to November 21, 2024 at 2:00 p.m., and the parties shall file a joint case management conference statement by no later than November 14, 2024; and

(2) The deadline for the parties to file an ADR Certification selecting an ADR process and appropriate deadline for an ADR session is hereby CONTINUED to October 31, 2024.

IT IS SO ORDERED.

DATED: August 1, 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Trina L. Thompson

Hon

UNI ATES DISTRICT JUDGE





FIRM:65198945v1