Michael S. Kun (SBN 208684)
Kevin D. Sullivan (SBN 270343)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: (310) 556-8861
Facsimile: (310) 553-2165
mkun@ebglaw.com
ksullivan@ebglaw.com

Attorneys for Defendants
LASERAWAY HOLDINGS LLC and
LASERAWAY MEDICAL GROUP, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELICA KEITH, an individual,<br><br>Plaintiff,<br>v.<br><br>LASERAWAY HOLDINGS LLC, a California limited liability company; LASERAWAY MEDICAL GROUP, INC., a California corporation; and DOES 1 to 50,<br><br>Defendants. | Case No.: 3:24-cv-02380-TLT<br><br>**STIPULATION TO ARBITRATE CLAIMS, VACATE ALL DATES AND DEADLINES, AND STAY ACTION PENDING ARBITRATION** |

**TO THE COURT:**

The parties respectfully request and stipulate as follows:

(1) The court order this matter to binding arbitration;

(2) All remaining dates and deadlines – including but not limited to the October 26, 2026 trial and September 17, 2026 final status conference dates – on calendar as set forth in the Case Management and Scheduling Order (ECF No. 17) be vacated; and

(3) This action be stayed pending arbitration. *Smith v. Spizzirri*, 601 U.S. 472, 478–79 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.").

IT IS SO STIPULATED.

DATED: October 10, 2024

HAULK & HERRERA LLP

By: */s/ Matthew A. Haulk*
Matthew A. Haulk
Jose M. Herrera

Attorneys for Plaintiff
ANGELICA KEITH

DATED: October 10, 2024

EPSTEIN BECKER & GREEN, P.C.

By: */s/ Kevin D. Sullivan*
Michael S. Kun
Kevin D. Sullivan

Attorneys for Defendants
LASERAWAY HOLDINGS LLC and
LASERAWAY MEDICAL GROUP, INC.