Matthew A. Haulk (SBN 272457)
Jose M. Herrera (SBN 289590)
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 745-3219
Facsimile: (415) 745-3301
mhaulk@hhemploymentlaw.com
jherrera@hhemploymentlaw.com

Attorneys for Plaintiff
ANGELICA KEITH

Michael S. Kun (SBN 208684)
Kevin D. Sullivan (SBN 270343)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: (310) 556-8861
Facsimile: (310) 553-2165
mkun@ebglaw.com
ksullivan@ebglaw.com

Attorneys for Defendants
LASERAWAY HOLDINGS LLC and
LASERAWAY MEDICAL GROUP, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANGELICA KEITH, an individual,

Plaintiff,

v.

LASERAWAY HOLDINGS LLC, a California limited liability company; LASERAWAY MEDICAL GROUP, INC., a California corporation; and DOES 1 to 50,

Defendants.

Case No. 3:24-cv-02380-TLT

*Assigned to Hon. Trina L. Thompson, Crtrm. 9*

**JOINT STATUS REPORT**

**TO THE COURT:**

Pursuant to the Court's October 14, 2024 order to provide status reports every 60 days beginning on December 5, 2024, in addition to providing the arbitration schedule, the parties hereby submit this status report

On October 9, 2024 Plaintiff Angelica Keith submitted a demand for arbitration with JAMS. On October 24, 2024, Defendants LaserAway Holdings, LLC and LaserAway Medical Group, Inc. submitted an answer to Plaintiff's arbitration demand. All initial filing fees in arbitration have been paid to JAMS.

On December 4, 2024, JAMS circulate a list of proposed arbitrators for the parties to respectively rank and strike. The deadline for the parties to respond is December 11, 2024, after which an arbitrator will be appointed. Because no arbitrator has been appointed, there have been no initial conference or hearing dates set in arbitration.

DATED: December 4, 2024

HAULK & HERRERA LLP

By: */s/ Matthew A. Haulk*

Matthew A. Haulk
Jose M. Herrera

Attorneys for Plaintiff
ANGELICA KEITH

DATED: December 4, 2024

EPSTEIN BECKER & GREEN, P.C.

By: */s/ Kevin D. Sullivan*

Michael S. Kun
Kevin D. Sullivan

Attorneys for Defendants
LASERAWAY HOLDINGS LLC and
LASERAWAY MEDICAL GROUP, INC.