Matthew A. Haulk (SBN 272457)
Email: mhaulk@hhemploymentlaw.com
Jose M. Herrera (SBN 289590)
Email: jherrera@hhemploymentlaw.com
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 745-3219
Facsimile: (415) 745-3301

Attorneys for Plaintiff
ANGELICA KEITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA KEITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LASERAWAY HOLDINGS LLC, a California Limited Liability Company, LASERAWAY MEDICAL GROUP, INC., a California Corporation, and DOES 1 TO 50,<br><br>Defendants. | CASE NO.: 3:24-cv-02380-TLT<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims against all parties, with each party to bear her or its own attorney's fees and costs.

Dated: April 10, 2026

HAULK & HERRERA LLP

By: ______________________

Matthew A. Haulk, Esq.
Jose M. Herrera, Esq.
Attorneys for Plaintiff
ANGELICA KEITH

Dated: April 10, 2026

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Iris Chiu

Jenny Yu, Esq.
Iris Chiu, Esq.
Jason Lee, Esq.
Attorneys for Defendants
LASERAWAY HOLDINGS LLC
and LASERAWAY MEDICAL
GROUP, INC.